IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MICHAEL GORDY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:07-cv-0985-WKW |
| ) | |
| RUSSELL COUNTY SHERIFF'S ) | |
| OFFICE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On November 20, 2007, the Magistrate Judge filed a Recommendation (Doc. # 8) in this case. The plaintiff did not file an objection to the Recommendation.

After an independent review of the record, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge (Doc. # 8) is ADOPTED;

2. Plaintiff's complaint against the Russell County Sheriff's Department and Attorney Kenneth Davis is DISMISSED with prejudice prior to service of process in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i);

3. Defendants Russell County Sheriff's Department and District Attorney Kenneth Davis are DISMISSED as parties to the complaint;

4. Plaintiff's complaint against the remaining defendants is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 7th day of January, 2008.

                                            /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE