# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **MICHAEL GORDY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   CASE NO. 3:07-CV-985-WKW |
| | )             (WO) |
| **SGT. STEVE JOHNSON,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

On June 24, 2008, the Magistrate Judge filed a Recommendation (Doc. #42) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, It is ORDERED that:

1. The RECOMMENDATION (Doc. #42) of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failures to comply with the orders of the court and to prosecute this action.

An appropriate judgment will be entered.

Done this 23rd day of July, 2008.

      /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE